IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21697-CIV-UNGARO/O'SULLIVAN

TEAM ENTERPRISES, INC.,et al,

       Plaintiffs,

vs.

KEN WAHLER, et al,
       Defendant.
_____ /

## ORDER

THIS CAUSE came before the Court on the Plaintiff's Motion for Deviation from the Allotment of Time of Rules 34 and 45 to Comply with Request for Documents at Deposition (DE # 49, 1/28/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and responses having been due, it is

ORDERED AND ADJUDGED that  the Plaintiff's Motion for Deviation from the Allotment of Time of Rules 34 and 45 to Comply with Request for Documents at Deposition (DE # 49, 1/28/08) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this **14th** day of February, 2008.

                                               JOHN J. O'SULLIVAN
                                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Court Judge Ungaro
All counsel of record